IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No.20-03647-RM3-13 |
| SONIA RENEE OSBORNE | JUDGE RANDAL S MASHBURN |
| 4709 MURFREESBORO RD | |
| FRANKLIN, TN 37064 | |

SSN XXX-XX-1812

## TRUSTEE'S NOTICE OF WITHDRAWAL OF MOTION TO DISALLOW CLAIM OF US BANK TRUST NA COURT'S CLAIM #7

      HENRY E. HILDEBRAND, III, Standing Trustee for Chapter 13 matters in the Middle District Of Tennessee, hereby provides notice of the withdrawal of the MOTION TO DISALLOW CLAIM OF US BANK TRUST NA COURT'S CLAIM #7 (Docket Entry #26).

      Respectfully Submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid to:
SONIA RENEE OSBORNE, 4709 Murfreesboro Rd, Franklin, TN 37064;

US BANK TRUST NA BSI FINANCIAL SERVICES, 314 FRANKLIN ST, TITUSVILLE, PA 16354;

GHIDOTTI BERGER LLP 1920 OLD TUSTIN AVE, SANTA ANA, CA 92705;

Email by Electronic Case Noticing to:
US Trustee
LEFKOVITZ AND LEFKOVITZ PLLC, Debtor's counsel

on this 17th day of November, 2020.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee